**Order entered August 31, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00834-CV

### JOHN BRIGGS, Appellant

### V.

### WASHINGTON FEDERAL F/K/A WASHINGTON FEDERAL SAVINGS, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08367**

## ORDER
Before Justices Francis, Myers and Schenck

Before the Court is appellant's Emergency Motion for Oral Argument Supported by Affidavit, in which appellant requests that the Court schedule an emergency oral argument in this case, order appellant restored to the residence from which he has been evicted, and issue a temporary restraining order and permanent injunction against appellee. We **DENY** the motion.

/s/  MOLLY FRANCIS
    JUSTICE